IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3085 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| GREGORY GRANTSKI, | ) | |
| | ) | |
| Defendant. | ) | |

At the request of the United States Probation Officer,

IT IS ORDERED that Defendant Grantski's revocation hearing is rescheduled to Thursday, June 14, 2007, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

June 11, 2007.                                BY THE COURT:

                                                          s/ *Richard G. Kopf*
                                                          United States District Judge